FILED

2013 JUN -3 PM 2:08

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Maria Contreras (8),<br><br>　　　　　Defendant. | Criminal Case No. 80cr0756-WQH<br><br>JUDGMENT AND ORDER GRANTING<br>TO DISMISS INDICTMENT AND RECALL<br>ARREST WARRANT |

## ORDER

Pursuant to the Government's unopposed motion, IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice as to Maria Contreras and any associated arrest warrant recalled.

IT IS SO ORDERED.

DATED: 5/31/13

THE HONORABLE WILLIAM Q. HAYES
United States District Judge
United States District Court for the
Southern District of California